UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                                         CRIMINAL ACTION NO.: 3:06CR-146-H

LINDA CONNIE LISTER                                   DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

       Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1 through 11 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

       Sentencing is hereby scheduled for **June 20, 2007 at 12:00 p.m.**, before the Honorable Thomas B. Russell, United States District Court Judge.

Copies to: U.S. Attorney
               U.S. Marshal
               U.S. Probation
               Counsel of Record